LAW OFFICES OF BILL LATOUR
Bill LaTour [C.S.B.N. 169758]
Alex Panutich [C.S.B.N. 280413]
1420 E Cooley Dr., Suite 100
Colton, CA 92324
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: fed.latour@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DESIDERIO FIGUEROA MORENO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. EDCV 17-1750 MRW<br><br>~~PROPOSED~~ ORDER AWARDING EAJA FEES PURSUANT TO 42 U.S.C. § 406(b) |

## ORDER

IT IS SO ORDERED. Counsel for the Plaintiff is hereby awarded the revised gross fee of $20,013.20 pursuant to 42 U.S.C. § 406(b). Plaintiff's counsel is also ordered to refund EAJA fee paid for district court work in the amount of $2,000.00 to the plaintiff, resulting in a net fee to be paid to counsel of $18,013.20  Ei_hteen thousand, and thirteen dollars and 20/100).

                                                    _____
                                                  HON. MICHAEL R. WILNER
                                                  U.S MAGIS RATE JUDGE

i